UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE HENDERSON,

            Plaintiff,                          Case No. 12-10277

v.                                         Paul D. Borman
                                         United States District Judge

CHRYSLER GROUP, LLC,

            Defendant.

_____/

JUDGMENT

      For the reasons stated in the Court's Opinion and Order issued on this date, it is

ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED

and this case is **DISMISSED WITH PREJUDICE**.


                                      s/Paul D. Borman_____
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE
Dated:  July 16, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing judgment was served upon each attorney or
party of record herein by electronic means or first class U.S. mail on July 16, 2014.


                                      s/Deborah Tofil_____
                                      Case Manager